

**ORDERED in the Southern District of Florida on April 20, 2021.**

*Laurel M. Isicoff*
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **In re:** | **CASE NO.: 20-22859-LMI** |
| **Susana Ruiz** | **CHAPTER 13** |
|               **Debtor(s) /** | |

### ORDER SUSTAINING OBJECTION TO CLAIM #6-1 FILED BY PREFERRED CREDIT INC.

THIS CASE came on to be heard on April 1, 2021 on the Debtor's Objection to Claim #6-1 filed by Preferred Credit Inc. (DE#23), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #6-1 is **SUSTAINED.**

2. That Claim #6-1 is stricken and disallowed, and shall not receive any payments from the

    Chapter 13 Estate.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
      /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992
Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.